UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES VINCENT REED,<br><br>               Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>               Defendants. | CASE NO. 3:16-5915 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 16), objections to the Report and Recommendation (Dkts. 17, 18), and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's motion to voluntarily dismiss this action (Dkt. 13) is **GRANTED**. This action is **Dismissed WITHOUT[1] Prejudice**.

---

[1] The parties agree that the Proposed Order—and not the Report and Recommendation—erroneously proposed "with prejudice," instead of "without prejudice," which is supported by the text of the Report and Recommendation itself. *See* Dkt. 16, line 9. *Compare to* Dkt. 16-1.

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

1  (3) Defendants' motion to revoke (Dkt. 11) and plaintiff's motion to stay (Dkt. 12) are **denied as moot**.

The Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 13th day of March, 2017.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge